IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DEREK RODERICK DEJAGER,

     Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

No. 3:14-cv-01737-PA

**ORDER**

Based on the parties' stipulation, Plaintiff's motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1), is granted. Plaintiff is awarded $8.40 in costs; $4.76 in expenses; and $3,072.56 in attorney's fees.

IT IS SO ORDERED.

DATED this 10th day of February, 2016.

OWEN M. PANNER
U.S. DISTRICT JUDGE

11 - ORDER